# EXHIBIT

# A

# APPLICATION TO
# LIFE INSURANCE COMPANY OF NORTH AMERICA

Policy Number

**OK-809795**

This is an application for insurance on Form # __LM-2L60__.

It is based on the following statements and representations:

509 Service Office
Washington, DC

Agent or Broker

N/A

1. Name of Organization: __DynCorp__

   Address: __6801 Calmont Avenue, Ft. Worth, TX 76116__

   Type of Business of Organization: __Corporation__

   Coverage for Affiliates or Subsidiaries: __yes__ (if yes, attach list)

2. Persons eligible to be covered under the policy are those who fall within the classes described below; provided, a written application has been made and the required premium paid. Dependents of those who fall within these covered classes also are eligible; provided, the requirements for eligibility are met, the proper Coverage Plan is selected, and the correct premium is paid.

| CLASS | DESCRIPTION OF ELIGIBLE PERSONS | NUMBER OF ELIGIBLE PERSONS |
|---|---|---|
| 01 | Active, full-time permanent employees | |
| 02 | Spouse of Class I | |
| 03 | Dependent child/ren of Class I | |

**PITTSBURGH**
JAN 09 2002
Group Life & Disability
Coverage Unit

3. Applicable coverage and amount of Principal Sum per person:

| CLASS | APPLICABLE COVERAGE | APPLICABLE PRINCIPAL SUM |
|---|---|---|
| 01 | AD&D, S&H, Paralysis | 25,000 - 300,000 |
| 02 & 03 | AD&D, S&H, Paralysis | % Family Plan * (60, 50 - 15, 25) |

\*Amounts over $250,000 cannot exceed 10 times Annual Earnings

\*Spouse Maximum Benefit $250,000
Child Maximum Benefit $ 25,000

4. The premium shall be determined at the following rate(s) per $1000 Principal Sum Benefit: __monthly__
   Class I (only) - $.028, Class I and Family - $.0436

   In computing the premium, no charge or credit will be made for a fractional part of a policy month. This applies to all additions, deletions and changes in the classification of Insureds.

5. The mode of premium payment under this policy shall be __monthly__.
   Premiums are paid by: ☐ Employer ☒ Employee ☐ Employer and Employee.

6. The aggregate limit of liability per __accident__ shall be $__2,000,000__. We will not be liable for any amount over the limit stated above for any one accident. If the total amount of benefits to be paid under this policy for any one accident is more than the total amount of our liability, we will only pay those benefits that are in proportion to our total liability.

7. The Transmittal Agent appointed by the Organization is: (if none appointed, state "none") _____
   __Laurie Emmerichs, Director Employee Benefits__

8. Effective Date and Signature: __X__ Original Application for Policy Effective: __January 1, 1992__

   __X__ Application for Policy Revision Effective: _____

For the Organization:

Signed: _Laurie Emmerichs_

Title: _Director, Employee Benefits_

LM-2L68

4-16-82  Printed in U.S.A.

# LIFE INSURANCE COMPANY OF NORTH AMERICA

## FAMILY PLAN RIDER

This rider amends the policy or certificate to which it is attached. It takes effect and expires at the same time as such policy or certificate.

**Eligibility:** The "Family Plan" provides coverage for: (a) the Insured employee or member; (2) the Insured's spouse; and (3) the Insured's dependent children (as defined in the policy or certificate).

**Benefits:** Benefits for all covered persons are based upon the Insured's Principal Sum amount as follows:

(1) Insured and Spouse (children not covered):
Insured                     100% of the Principal Sum
Spouse                      60% of the Principal Sum

(2) Insured, Spouse and Children Covered:
Insured                     100% of the Principal Sum
Spouse                      50% of the Principal Sum
Each Child                  15% of the Principal Sum

(3) Insured and Children (Spouse not covered):
Insured                     100% of the Principal Sum
Each Child                  25% of the Principal Sum

**Waiver of Premium:** We will waive payment of all premiums for surviving eligible spouse and children, coming due during a period of 12 months following the Insured's accidental death for which benefits are payable.

No other policy provision or condition is changed in any way by this rider.

LIFE INSURANCE COMPANY OF NORTH AMERICA

*Hartzel Z. Lebed*

HARTZEL Z. LEBED, President

LM-9L76

4-16-82    Printed in U.S.A.

# POLICY SCHEDULE

Name of Organization:

Policy No.:

| Cert. # | Name of Insured | Principal Sum | Coverage Effective | Coverage Terminated |
|---------|-----------------|---------------|--------------------|--------------------|
| | | | | |

As on file with the policyholder

LM-2L70

4-16-82   Printed in U.S.A.

## LIFE INSURANCE COMPANY OF NORTH AMERICA

### AMENDATORY RIDER

This rider amends the policy to which it is attached. It replaces any previous rider as of the effective date stated below.

### AFFILIATED OR SUBSIDIARY ORGANIZATIONS

(Eligible for policy coverage as of the effective date of this rider)

```
Refer to listing provided by the policyholder
```

No other policy provision or condition is changed in any way by this rider.

| Effective Date | January 1, 1992 | at the hour stated in the policy. | Part of Policy No. OK-809795 |
|---|---|---|---|
| Issued To: | DYNCORP | | |

*Hartzel Z. Lebed*

HARTZEL Z. LEBED, President

LM-2L95

4-16-82   Printed in U.S.A.

# LIFE INSURANCE COMPANY OF NORTH AMERICA

## EXTENDED COVERAGE RIDER

This rider amends the policy or certificate to which it is attached. It is in force only while the policy is in force.

All reference to employee age limitations in the Eligibility and Termination provisions are deleted. In return for the premium, the following benefit is added.

We will pay benefits for loss resulting from a covered accident for an employee age 70 and over as follows:

| AGE AT DATE OF LOSS | BENEFIT AMOUNT BASED ON SELECTED PRINCIPAL SUM |
|---|---|
| 70-74 | 70% |
| 75-79 | 45% |
| 80-84 | 30% |
| 85 and over | 15% |

Eligibility for conversion coverage will continue to end at age 70. Coverage for loss resulting from paralysis, terminates at age 70.

If the Family Plan is elected, coverage for a dependent spouse will end at age 70. Accidental Death and Dismemberment benefits for insured dependents will be based on the Employee's Selected Principal Sum. All other plan benefits that are based on the Employee's Principal Sum will be computed according to the schedule above.

Premiums are based on the Selected Principal Sum prior to the reduction outlined above.

"Selected Principal Sum" means the Principal Sum stated in the Policy Schedule.

Except for the above, this rider does not change the policy in any way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

*Gordon L. Murphy*

GORDON L. MURPHY, President

LM-4H87                    (8/87)  4/87   Printed in U.S.A.

# LIFE INSURANCE COMPANY OF NORTH AMERICA

## AMENDATORY RIDER

This rider amends the policy or certificate to which it is attached. It is in force only while the policy is in force.

In exchange for the required premium, the following benefit is included:

### INCREASED DEPENDENT CHILD BENEFIT

INCREASED DEPENDENT CHILD BENEFIT FOR ACCIDENTAL LOSS OF [LIMB, SIGHT, SPEECH, HEARING AND PARALYSIS]:

If a Dependent Child (as defined in the policy or certificate) receives bodily injuries which result in a Covered Loss [a loss listed under Coverage A, Description of Coverage, LM-2284] then we will pay double the Benefit Amount up to a maximum of $50,000. If in addition to a Covered Loss, the Dependent Child dies within 90 days of the Covered Accident, then we will pay only the Death Benefit Payable under the Family Plan Schedule up to a maximum of $25,000.

If the Dependent Child sustains more than one Covered Loss from a single Covered Accident, then we will pay double the Benefit Amount only for the one largest amount to which the Dependent Child is entitled.

LIMITATION: The Maximum Benefit Amount payable under the policy as a result of the Accidental Death of a Dependent Child is $25,000.

Except for the above, this rider does not change the policy or certificate in any way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

*Gordon L. Murphy*

GORDON L. MURPHY, President

LM-1P91                                                    6/86   Printed in U.S.A.

# LIFE INSURANCE COMPANY OF NORTH AMERICA

This rider amends the policy or certificate to which it is attached. It is in force only while the policy is in force.

### SEATBELT BENEFIT

We will pay an additional accidental death benefit of a minimum of $1,000 per covered person up to a maximum of 10% of the covered person's benefit not to exceed $25,000. We will pay this benefit if a covered person suffers loss of life, as the result of a covered accident which occurs while he is driving or riding in a Private Passenger Car, if:

1. The car is equipped with seatbelts; and
2. The seatbelt was in actual use and properly fastened at the time of the accident; and
3. The position of the seatbelt is certified in the official report of the accident; or by the investigating officer. A copy of the police accident report must be submitted with the claim.

If such certification is not available, and it is unclear whether the covered person was properly wearing a seatbelt, then we will pay a fixed benefit of $1,000 to the designated beneficiary.

"Private Passenger Car" means: a validly registered four-wheel private passenger car (including Policyholder-owned cars), station wagons, jeeps, pick-up trucks and van-type cars.

In the case of a child, seatbelt means a child restraint, as required by the state law and approved by the National Highway Safety Administration, properly secured and being used as recommended by its manufacturer for children of like age and weight at the time of an accident.

Except for the above, this rider does not change the policy in any way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

*Gordon L. Murphy*

GORDON L. MURPHY, President

LM-3244

2/88

# LIFE INSURANCE COMPANY OF NORTH AMERICA

## AMENDATORY RIDER

**Policyholder:** DYNCORP

**Effective Date:** January 1, 1992

**Policy Number:** OK-809795

This rider amends the policy or certificate to which it is attached. It takes effect on the Effective Date stated above and ends at the same time as the policy or certificate.

## COMA BENEFIT

If as a result of a covered accident, a Covered Person is injured, we will pay an additional benefit if the Covered Person becomes Comatose within 31 days of the accident, and remains Comatose beyond the Waiting Period.

A person is considered "Comatose" or in a Coma, if he is in a profound stupor or state of complete and total unconsciousness, as the result of an accident.

The "Waiting Period" is the 31-day period from the day the Covered Person becomes Comatose.

We will pay this benefit at the rate of 1% of the Covered Person's Principal Sum per month from the end of the Waiting Period. We will cease payment on the earliest of:

   a)   the end of the month in which the Covered Person dies;
   b)   the end of the 11th month for which this benefit is payable;
   c)   the end of the month in which the Covered Person recovers from the Coma.

If the Covered Person remains Comatose after this Coma Benefit is payable for 11 straight months, we will pay a lump sum benefit equal to the Principal Sum payable under the policy for Accidental Death reduced by the amount of any Accidental Dismemberment, loss of sight, speech or hearing or paralysis benefits paid to the Covered Person for the loss caused by the covered accident. In this event, benefits will not be paid under the policy for Accidental Death.

If the Covered Person dies as a result of the covered accident while the monthly Coma Benefit is payable, benefits will be paid under the policy for Accidental Death.

Coma Benefits will be payable to the Covered Person's legal guardian, or in the event no legal guardian is appointed, to the person, who in the opinion of the Company, is responsible for care of the Covered Person.

TL-003899

REORDER NO. TL-004004

# AMENDATORY RIDER

This rider amends the policy or certificate to which it is attached. It takes effect and ends at the same time as such policy or certificate.

In consideration of the premium, the following benefit is added:

## SPECIAL EDUCATION BENEFIT

We will pay a "special education benefit" if the Insured:
   a) is covered under the Family Plan; and
   b) dies as the result of a covered accident; and
   c) is survived by a dependent child who:

   (1) on the date of accident, was enrolled as a full-time student in any school beyond the 12th grade level; or
   (2) was at the 12th grade level and later enrolls as a full-time student at a school of higher learning within 365 days after the accident.

The "special education benefit" is payable for each child who qualifies:
   a) in an amount equal to 3% of the Insured's Principal Sum, but not more than $5,000;
   b) once a year for not more than four straight years;
   c) only while the child continues as a full-time student at a school of higher learning;
   d) in addition to all other policy benefits.

If, at the time of accident, Family Plan coverage is in force but there is no dependent child who qualifies, we will pay an additional benefit of $1,000 to the Insured's designated beneficiary.

No other policy provision or condition is changed in any way by this rider.

LIFE INSURANCE COMPANY OF NORTH AMERICA

HARTZEL Z. LEBED, President

LM-9L70

4-16-82   Printed in U.S.A.

## LIFE INSURANCE COMPANY OF NORTH AMERICA

### AMENDATORY RIDER

**Policyholder:**  DYNCORP                    **Effective Date:**  January 1, 1992

**Policy Number:**  OK-809795

This rider amends the policy or certificate to which it is attached. It takes effect and ends at the same time as such policy or certificate.

In return for the premium, the following benefit is added:

### CHILD CARE CENTER BENEFIT

We will pay this benefit if the Insured Employee:

 a) has elected coverage for his dependent children; and
 b) dies as the result of a covered accident; and
 c) is survived by a dependent child who:
  1) on the date of the covered accident was enrolled in a legally licensed Child Care Center; or
  2) is enrolled in a legally licensed Child Care Center within 365 continuous days from the date of the accidental death; and
  3) is under 13 years of age.

The Child Care Center Benefit is payable for each child who qualifies:

 a) in an amount up to 2% of the Insured Employee's Principal Sum, but not more than $5,000 per year; and
 b) only while the dependent child continues to be enrolled in a legally licensed Child Care Center.

We will pay this benefit once a year for not more than 5 years, or until the dependent child enters the first grade, whichever happens first.

Child Care Center Benefits will be payable to the surviving spouse, if the spouse has custody of the child. If there is no surviving spouse, or the child does not live with the spouse, then the benefit will be paid to the child's legally appointed guardian.

"Child Care Center" means a facility which:

 a) is run according to law, including laws and regulations applicable to child care facilities; and
 b) provides care and supervision for children in a group setting, on a regular, daily basis.

A Child Care Center does not include:

 a) a hospital; or
 b) the child's home; or
 c) care provided during normal school hours while a child is attending grades one through twelve.

TL-003900                    REORDER NO. TL-004044

## AMENDATORY RIDER

This rider amends the policy or certificate to which it is attached. It takes effect and ends at the same time as such policy or certificate.

In consideration of the premium, the following benefit is added:

### Spouse Training Benefit

We will pay this benefit if the insured:
    a) has elected dependent spouse coverage prior to time of accident; and
    b) dies within a year of, and as a result of, a covered accident; and
    c) is survived by a dependent spouse.

The benefit will be payable for the insured's surviving spouse who:
    a) enrolls within one year after the insured's death in any accredited school for the purpose of retraining or refreshing skills needed for employment; and
    b) incurs expenses payable directly to, or approved and certified by such school.

We will pay the cost of such incurred expense for not more than:
    a) one year after the first retraining/refresher course begins; or
    b) an amount equal to 3% of the Insured's Principal Sum, but not more than $5,000 whichever is less.

Payment will be in addition to all other policy benefits.

Except for the above, this rider does not change the policy or certificates in any way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

## AMENDATORY RIDER

This rider amends the policy or certificate to which it is attached. It takes effect and ends at the same time as such policy or certificate.

In consideration of the premium, the following benefit is added:

### Business Travel Accident

In the event that an insured or a covered spouse is injured in a covered accident while traveling on the business for the policyholder, an additional benefit of $25,000 will be paid to the beneficiary.

Traveling on the business of the policyholder is defined as a trip or short stay outside of the insured employees normal work territory that is authorized and expenses paid by, the policyholder.

Commutation travel and personal deviations are not covered.

# LIFE INSURANCE COMPANY OF NORTH AMERICA

### AMENDATORY RIDER

This rider amends the policy or certificate to which it is attached. It takes effect and expires at the same time as the policy or certificate.

The cover page caption is amended to read "Accidental Death and Dismemberment Policy."

The following definition is added:

"Severance" means the complete separation and dismemberment of the limb from the body.

No other policy provision or condition is changed in any way by this rider.

LIFE INSURANCE COMPANY OF NORTH AMERICA

GORDON L. MURPHY, President

LM-6B24                                                                                         4/88

# LIFE INSURANCE COMPANY OF NORTH AMERICA

This rider amends the policy or certificate to which it is attached and ends at the same time. The following provision is added.

## CONVERSION PRIVILEGE

We will issue a converted policy to you (the Insured) if the accidental death insurance under the policy or certificate ends for any of the following reasons:

a) employment or membership ends; or
b) eligibility ends (except for age); or
c) the group or blanket policy or plan ends.

**Age:** You must be under age 70 to get a converted policy.

**Health:** We will not ask for your proof of insurability.

**Application:** To get a converted policy, you must: (1) apply within 31 days after group coverage ends; and (2) pay the first premium. If you have assigned ownership of your group coverage, the owner must apply for you.

**Cost:** Your premium will be based on: (1) the class of risk to which you belong; (2) your age; and (3) the form and amount of coverage issued.

**Effective Date:** Your converted policy will take effect on: (1) the date group coverage ends; or, if later, (2) the date you apply for the converted policy.

**Benefits:** The converted policy will cover accidental death and dismemberment. The amount you apply for must be: (1) In $1,000 increments; and (2) not less than $25,000 nor more than the amount of your group insurance if greater than $25,000; and not more than $150,000.

**Exclusions:** The converted policy may exclude the hazards or conditions that apply to your group coverage at the time it ends. We will reduce payment under the converted policy by the amount of any benefits paid under the group policy if both cover the same loss.

**Dependents:** Dependents may also convert group coverage when they cease to be eligible for any reason except age.

**Renewability:** The converted policy may provide that it can be renewed on any anniversary with the consent of the Company subject to a maximum age limit.

**Prior Converted Policy:** If you convert your group coverage and later again be insured under the same group plan, you may not convert a second time unless: (1) you give us, at your expense, proof of your insurability; or (2) the prior converted policy is no longer in force.

**State Laws:** If the converted policy we provide in the state where the group policy was issued cannot lawfully be provided in the state where you reside at time of conversion, you may choose a form that is available for conversion in your state.

No other policy provision or condition is changed in any way by this rider.

LIFE INSURANCE COMPANY OF NORTH AMERICA

*Hartzel Z. Lebed*

HARTZEL Z. LEBED, President

LM-9L78a

4-16-82 Printed in U.S.A.

## DESCRIPTION OF COVERAGE

**Benefits for Accidental Loss of Life, Limb, Sight, Speech, Hearing and Paralysis:**

If, within 365 days from the date of accident covered by the policy, bodily injuries result in any of the following losses, we will pay the benefit set opposite such loss; provided, however, that if the Insured sustains more than one such loss as the result of any one accident, we will pay only the one largest amount to which the Insured is entitled. This amount will not exceed the Principal Sum.

Loss of Life ................................................................... The Principal Sum

Loss of Both Hands ............................................................. The Principal Sum

Loss of Both Feet .............................................................. The Principal Sum

Loss of Entire Sight of Both Eyes ............................................... The Principal Sum

Loss of One Hand and One Foot .................................................. The Principal Sum

Loss of One Hand and Entire Sight of One Eye .................................... The Principal Sum

Loss of One Foot and Entire Sight of One Eye .................................... The Principal Sum

Loss of Speech and Hearing (both ears) .......................................... The Principal Sum

Quadraplegia (total paralysis of both upper and lower limbs) ..................... The Principal Sum

Loss of One Arm ............................................................... One-Half the Principal Sum

Loss of One Leg ............................................................... One-Half the Principal Sum

Paraplegia (total paralysis of both lower limbs) ................................ One-Half the Principal Sum

Loss of One Hand .............................................................. One-Half the Principal Sum

Loss of One Foot .............................................................. One-Half the Principal Sum

Loss of Entire Sight of One Eye ................................................ One-Half the Principal Sum

Loss of Speech ............................................................... One-Half the Principal Sum

Loss of Hearing (both ears) ................................................... One-Half the Principal Sum

Hemiplegia (total paralysis of upper and lower limbs on one side of body) ........ One-Half the Principal Sum

Loss of Thumb and Index Finger ................................................ One-Quarter the Principal Sum

"The Principal Sum" is stated in the policy.

"Loss" means with regard to hand or foot complete severance through or above the wrist or ankle joint; loss of an arm or leg means complete severance through or above the elbow or knee joint; loss of an eye means total and irrecoverable loss of sight; loss of speech means complete inability to communicate audibly in any degree; loss of hearing means irrecoverable loss of hearing which cannot be corrected by any hearing aid or device; loss of thumb and index finger means severance of each through or above the joint closest to the wrist. (In California, loss of a thumb and index finger means loss by complete severance of at least one whole phalanx of each.) (In South Carolina, the loss of four whole fingers from one hand equals the loss of one hand.)

"Paralysis" means loss of use, without severance, of a limb. This loss must be determined by a physician to be complete and not reversible.

Revised  2 85
6-21-83  Printed in U.S.A.

## EXCLUSIONS

No benefits will be paid for loss resulting from:

1. intentionally self-inflicted injuries, or any attempt thereat, while sane or insane (in Missouri, while sane).

2. declared or undeclared war or act of war.

3. accident occurring while the Insured is serving on full-time active duty for more than 30 days in any Armed Forces. (Send us proof of service. We will refund any premium paid for this time.) (Reserve or National Guard active duty for training is not excluded.)

4. travel or flight (including getting in or out, on or off) in any aircraft or device which can fly above the earth's surface, if:

   A. the aircraft or device is being used:

      (1) for test or experimental purposes; or

      (2) by or for any military authority. (Aircraft flown by the U.S. Military Airlift Command (MAC) or similar service of another country are not excluded); or

      (3) for travel, or is designed for travel, beyond the earth's atmosphere; or

      (4) by or for the named organization or any of its subsidiaries and affiliates. (This exclusion applies whether the aircraft or device is owned, leased, operated or controlled, as defined. Chartered aircraft, as defined, are not excluded); or

   B. the Insured is:

      (1) serving as pilot or crew member (or student taking a flying lesson) and is not riding as a passenger; or

      (2) hang-gliding; or

      (3) parachuting, except where the Insured has to make a parachute jump for self-preservation.

5. commission of a felony by the Insured.

6. sickness, disease or bodily infirmity. (Bacterial infection resulting from an accidental cut or wound or accidental ingestion of a poisonous food substance are not excluded.)

## DEFINITIONS

"Owned Aircraft" means one to which you hold legal or equitable title. You can use, alter or sell your property as you wish.

"Leased Aircraft" means one you do not own. You use the aircraft as you wish for the term of the written lease. The time will be longer than a few days or one or two trips. You cannot alter or sell the aircraft without consent of the owner.

"Operated or Controlled Aircraft" means one you do not own. It will be leased, rented or borrowed for more than 10 straight days. You can use it as you wish. You can not alter or sell the aircraft without consent of the owner.

"Chartered Aircraft" means one you do not own. It will be hired for one purpose or one trip or for general use. The time you have it may not exceed 10 straight days nor more than 15 days in any one year. One or more aircraft hired on a regular or frequent basis are not chartered.

4-16-82   Printed in U.S.A.

LM-2L64

# LIFE INSURANCE COMPANY OF NORTH AMERICA

## AMENDATORY RIDER

This rider amends the policy or certificate to which it is attached. It is in force only while the policy is in force.

In return for the premium the following exclusion is added.

No benefits will be paid for:

7. Voluntary self-administration of any drug or chemical substance not prescribed by a licensed physician. (Accidental ingestion of a poisonous substance is not excluded.)

Except for the above, this rider does not change the policy in any way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

GORDON L. MURPHY, President

12/86   Printed in U.S.A.

LM-5108b

# POLICY PROVISIONS

## ENTIRE CONTRACT; CHANGES:

This policy with application, endorsements, riders and attached papers is the entire contract between the Organization and us. If required the applications of any Insured may also be made part of this contract. In the absence of fraud, statements made by the Organization or by an Insured are deemed representations and not warranties. No such statement will cause us to deny or reduce the benefits due under the policy or be used as a defense to a claim; unless, it is contained in a signed written application. After two years from the date coverage starts no such statement (except age) will cause this policy to be contested.

No change in the policy will be valid until approved by one of our Executive Officers. This approval must be endorsed on or attached to this policy. No agent may change this policy or waive any of its provisions.

## ADDITION OF NEW MEMBERS:

All persons added to the classes described in the Organization's application are eligible for coverage under this policy.

## NOTICE OF CLAIM:

Written notice must be given within 30 days [Kentucky: 60 days] after a covered loss begins or as soon as reasonably possible. Notice can be given to us at our home office at Philadelphia, Pennsylvania or to our agent. Notice should include the Insured's name, address and policy number.

## CLAIM FORMS:

When we receive the notice of claim, we will send forms for filing proof of loss. If claim forms are not sent within 15 days the proof requirements will be met by submitting, within 90 days, written proof of the nature and extent of the loss.

## PROOFS OF LOSS:

Written proof must be given to us within 90 days after the date of loss. If that is not reasonably possible, we will not deny or reduce any claim if proof is furnished as soon as reasonably possible.

## TIME OF PAYMENT OF CLAIMS:

Benefits for loss covered by this policy will be paid as soon as we receive proper written proof of such loss.

## PAYMENT OF CLAIMS:

Loss of life benefits will be paid to the beneficiary named in our files. The benefits can be paid in one lump sum or at the Insured's written request, in accordance with one of our available settlement plans. If the Insured has not chosen any such mode of settlement, the beneficiary can do so after the death of the Insured. The beneficiary should request us in writing to be paid from an available settlement plan. We must agree to the plan chosen. If there is no surviving beneficiary, the Insured's loss of life benefits will be paid in one lump sum to the first surviving class of the following classes of beneficiaries: (a) wife or husband; (b) child or children; (c) mother or father; (d) sisters or brothers. If there is no surviving member of any of the above classes, the benefits will be paid to the estate. All other benefits will be paid to the Insured. If we are to make payments to the estate, or to a family member who is incapable of giving a valid release, we may pay up to $1000 to a relative by blood or marriage whom we believe is equitably entitled. This does not apply where the total payment will be over $1000. This good faith payment satisfies our legal duty to the extent of that payment.

## PHYSICAL EXAMINATIONS AND AUTOPSY:

We will pay the cost and have the right to have the Insured examined as often as reasonably necessary while the claim is pending. We can have an autopsy made at our expense unless prohibited by law. (Autopsies are not permitted in Massachusetts, Mississippi and South Carolina.)

# GENERAL PROVISIONS CONCERNING ADMINISTRATION

## REPORTS BAND PREMIUM PAYMENTS:

The Organization or the authorized agent must give us:

1. an initial report within 45 days after the Effective Date of the Policy. This report must list the names of all eligible persons covered on the Effective Date of the policy; and

2. a monthly report thereafter, listing all eligible persons added for coverage; and

3. a monthly report thereafter, listing any person whose coverage has ended.

Monthly reports are to be sent to us with the correct premium. They are due not later than 45 days after the start of the month being reported.

## PREMIUMS SUBJECT TO CHANGE:

Our table of premium rates is subject to change at any time after payment of the first premium. We will give 31 days written notice of any such change. Notice will be sent to the Organization's most recent address in our files. New rates will take effect on the Policy Anniversary or on the next premium due date following notice of the change of rates but not more than once in a 12 month period.

## GRACE PERIOD:

After payment of the first premium, this policy will have a 31-day grace period. This means that if a premium is not paid on or before the date it is due, it may be paid during the 31-day grace period. During this time, the policy will stay in force. The Organization is liable for the payment of any premium while coverage is in force.

## AFFILIATED OR SUBSIDIARY ORGANIZATIONS:

We will insure the employees or members of the Organization's affiliates and subsidiaries. They must, however, fall within the eligible covered classes described in the policy.

## NEWLY ACQUIRED ORGANIZATIONS:

The policy premium applies only to the Organization as composed on the Effective Date of the policy or as thereafter amended.

New employees or members acquired through merger, stock purchase, exchange of stock, or otherwise may be covered under the policy. Their coverage is subject to the following conditions:

1. that the Organization pay the correct additional premium; and

2. that it report to us the name of the newly acquired organization along with any underwriting data we may need to determine the correct premium.

Coverage will start in accordance with the policy enrollment provisions. In no case, however will coverage continue for more than 60 days unless:

1. the required report has been made; and

2. the additional premium has been agreed on and paid.

The Organization must pay for any period in which coverage is in effect.

# GENERAL PROVISIONS CONCERNING PERSONAL INSURANCE

**ELIGIBILITY:**

Persons eligible to be covered under this policy are those who qualify for the class(es) described in the Policy Application.

This includes anyone who may become eligible while the policy is in force.

No person may be insured as both an employee (or member) and as a dependent at the same time. If a family plan is elected, only one person in the family may be insured as an employee (or member).

**EFFECTIVE DATE OF INSURANCE:**

**Initial Benefit:** Coverage for eligible persons will start:

(1) On the date the person becomes eligible if all eligible persons are to be insured without paying any part of the premium;

(2) On the policy effective date if we receive the application before that date;

(3) On the first day of the month following our receipt of the application after the policy effective date.

The correct first premium must be paid when due.

**Late Applications:** We will have to approve the application of an eligible person who does not apply:

(1) during the first enrollment period; or

(2) within 31 days after becoming eligible.

Coverage will start after our approval has been given. Approval is based on proof of insurability.

An eligible person must be regularly performing the duties of his (or her) occupation as of the effective date of coverage. If at this time, a person is not regularly performing those duties, coverage will start on the first day of the month that follows a return to those duties.

**Additional Benefits:** An eligible person may apply for additional benefits under this policy during an open enrollment period. Coverage will take effect on the first day of the month that follows receipt of the application.

For others who apply at a time other than an open enrollment period, coverage will start on the date we approve the application. Approval is based on proof of insurability.

**TERMINATION OF PERSONAL INSURANCE:**

Coverage for any Insured who is no longer eligible will end on the date of termination of eligibility; subject, however, to any applicable "Conversion Privilege" contained in this policy. We will refund pro rata the unearned premium, if any.

Eligibility will end if any of the following occur:

1. attainment of age 70; or

2. more than 30 days full-time active duty in any national or foreign Armed Forces; or

3. the date a person fails to fall within a covered class; or

4. non-payment of premium.

Coverage for employees of the Organization absent due to disability or authorized leave will end on the date any of the following occur:

1. termination of payroll deduction; or

2. termination of central collection of premiums.

We will refund pro rata the unearned premium, if any.

# GENERAL PROVISIONS CONCERNING DEPENDENT INSURANCE

## NO DEPENDENT WILL BE COVERED
## UNLESS THE PROPER COVERAGE PLAN HAS BEEN SELECTED AND
## THE CORRECT PREMIUM HAS BEEN PAID.

**ELIGIBILITY:**

"Eligible Dependents" are defined as:

a. the Insured's spouse under age 70; and

b. the Insured's unmarried children over 14 days and under 19. The age limit is under 25 if the child is enrolled full time in an accredited school or college.

Children can include stepchildren, foster children, legally adopted children and children of adopting parents pending adoption procedures.

Dependent children must:

a. have their principal residence with the Insured; and

b. chiefly rely on the Insured for support and maintenance.

**EFFECTIVE DATE AND TERMINATION:**

Coverage for dependents, as defined above, will start and end in accordance with the General Provisions Concerning Personal Insurance. (See page 5.) In no case, will coverage take effect before the Insured's or end later than the Insured's.

Coverage will continue for any child who reaches the age limit and is both:

1. totally incapable of self-sustaining employment due to a physical or mental handicap; and

2. chiefly dependent on the Insured for support and maintenance.

The Insured must give us proof of the child's incapacity and dependency within 31 days of the child reaching the age limit. We may require proof again from time to time but not more often than once a year after the 2 years that follow the child reaching the age limit.