# OFFICE of VITAL STATISTICS
## CERTIFIED COPY
### CERTIFICATE OF DEATH
### FLORIDA

**LOCAL FILE NO.**

**1. DECEDENT'S NAME** — FIRST: Sharon | MIDDLE: Marie | LAST: MILLS
**2. SEX:** Female
**3. DATE OF DEATH (Month, Day, Year):** FD: February 13, 2002
**4. SOCIAL SECURITY NUMBER:** 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
**5a. AGE - Last Birthday (years):** 50
**5b. UNDER 1 YEAR:** Months / Days
**5c. UNDER 1 Day:** Hours / Minutes
**6. DATE OF BIRTH (Month, Day, Year):** November 12, 1951
**7. BIRTHPLACE (City and State or Foreign Country):** Roanoke, Virginia
**8. WAS DECEDENT EVER IN U.S. ARMED FORCES?** No

**9a. PLACE OF DEATH:** Other (Specify): Drainage Ditch
**9b. INSIDE CITY LIMITS?** No
**9c. FACILITY NAME (street and number):** Intersection of 173 and Lyons Lane
**9d. CITY, TOWN, OR LOCATION OF DEATH:** Bonifay
**9e. COUNTY OF DEATH:** Holmes

**10a. DECEDENT'S USUAL OCCUPATION:** Customer Service Representative
**10b. KIND OF BUSINESS/INDUSTRY:** Gas Company
**11. MARITAL STATUS:** Married
**12. SURVIVING SPOUSE:** Dwight Mills

**13a. RESIDENCE - STATE:** Alabama
**13b. COUNTY:** Houston
**13c. CITY, TOWN, OR LOCATION:** Dothan
**13d. STREET AND NUMBER:** 116 Woods Drive
**13e. INSIDE CITY LIMITS?** Yes
**13f. ZIP CODE:** 36301

**14. WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN?** No
**15. RACE:** White
**16. DECEDENT'S EDUCATION:** 12

**17. FATHER'S NAME:** John Cleveland Compton
**18. MOTHER'S NAME:** Hazel Virginia Lanter

**19a. INFORMANT'S NAME:** Dwight Mills
**19b. MAILING ADDRESS:** 116 Woods Drive, Dothan, Alabama 36301

**20a. METHOD OF DISPOSITION:** X Removal from State
**20b. PLACE OF DISPOSITION:** Southeastern Crematory
**20c. LOCATION:** Pensacola, Florida

**21a. SIGNATURE OF FUNERAL SERVICE LICENSEE:** Robert Byrd
**21b. LICENSE NUMBER:** 4046
**21c. NAME AND ADDRESS OF FACILITY:** BYRD FUNERAL HOME, 3409 W. Main St., Dothan, AL 36305

**22a. To the best of my knowledge...** (Signature and Title)
**22b. DATE SIGNED:**
**22c. HOUR OF DEATH:**
**22d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER:**

**23a. On the basis of examination...**
**23b. DATE SIGNED:** June 26, 2002
**23c. HOUR OF DEATH:** FD: 0745 Hrs
**23d. MEDICAL EXAMINER'S CASE #:** 02-14-00058

**24. NAME AND ADDRESS OF CERTIFIER:** F. Hunt Scheuerman, M.D., 3737 Frankford Avenue, Panama City, Florida 32405

**25a. SUBREGISTRAR - SIGNATURE AND DATE:**
**25b. LOCAL REGISTRAR - SIGNATURE:** Donna Burger
**25c. DATE REGISTERED:** July 15, 2002

**26. PART I. CAUSE OF DEATH:**
a. IMMEDIATE CAUSE: Undetermined 798.9
b.
c.
d.

**PART II. Other significant conditions contributing to death:**

**27a. WAS AN AUTOPSY PERFORMED?** Yes
**27b. WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?** Yes
**28. CASE REPORTED TO MEDICAL EXAMINER?** Yes

**29. IF FEMALE, WAS THERE A PREGNANCY IN THE PAST 3 MONTHS?** No
**30a. IF SURGERY IS MENTIONED IN PART I or II, ENTER CONDITION FOR WHICH IT WAS PERFORMED:**
**30b. DATE OF SURGERY:**

**31. PROBABLE MANNER OF DEATH:** Undetermined
**32a. DATE OF INJURY:** Unknown
**32b. TIME OF INJURY:** Unknown
**32c. INJURY AT WORK?** Unknown
**32d. DESCRIBE HOW INJURY OCCURRED:** Unknown
**32e. PLACE OF INJURY:** Drainage Ditch
**32f. LOCATION:** Intersection of 173 and Lyons Road, Bonifay, Florida

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

BY: Donna Burger, State Registrar — July 15, 2002

**WARNING 8391084** — THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL ON THE BACK. CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

FLORIDA DEPARTMENT OF HEALTH