# EXHIBIT

# C

# BARGAINING UNIT EMPLOYEE INSURANCE ENROLLMENT/CHANGE FORM

| MILLS | DWIGHT | M | 014348 | 05JUL95 |
|---|---|---|---|---|
| Last Name | First Name | MI | Employee No. | Hire Date |

☐Single  ☐Divorced  ☐Married
☐Widowed  ☐Separated  ☐Spouse Name _____

Spouse Place of Employment _____

## HEALTH AND VISION (List Yourself And Your Dependents Below And Check Yes or No)

| LAST NAME FIRST NAME MI | Relationship | DOB (MMDDYY) | Sex | SSN | Health Yes No | Vision Yes No |
|---|---|---|---|---|---|---|
| MILLS, DWIGHT  M | Employee | 31 AUG54 | M | 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 | ☒ ☐ | ☐ ☒ |
| MILLS, SHARON  C | Spouse | 12 NOV51 | F | 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 | ☒ ☐ | ☐ ☒ |
|  |  |  |  |  | ☐ ☐ | ☐ ☐ |
|  |  |  |  |  | ☐ ☐ | ☐ ☐ |
|  |  |  |  |  | ☐ ☐ | ☐ ☐ |
|  |  |  |  |  | ☐ ☐ | ☐ ☐ |
|  |  |  |  |  | ☐ ☐ | ☐ ☐ |
|  |  |  |  |  | ☐ ☐ | ☐ ☐ |

If additional space is needed for dependents, continue on back of card

## BASIC AND OPTIONAL LIFE

| BASIC LIFE (No cost to employee) | | OPTIONAL LIFE | |
|---|---|---|---|
| EMPLOYEE | Class I =$60,000/Class II=$45,000 (AD&D) | ☒ Elect ($25,000) | ☐ Decline |
| DEPENDENT | Spouse = $4,750    Child(ren) = $1,750 | ☒ Elect (Spouse = $12,500/Child = $6,250) | ☐ Decline |

(Increments of $25,000 to $300,000 up to 10 times annual earnings)

**PERSONAL ACCIDENT** ☐ Decline    ☐ Employee    ☒ Family Plan    Benefit Amount $ 200,000

## BENEFICIARY DESIGNATION

I designate the following beneficiary(ies) under the life insurance coverage specified above. Furthermore, I reserve the right to change the beneficiary(ies) in accordance with the policy provision. If more than one beneficiary is named, the death benefits, unless otherwise indicated herein, will be paid in equal shares to the designated beneficiaries who survive the insured. If no such beneficiary survives, payment will be made in accordance with the policy. You will be your family members' beneficiary for Personal Accident Insurance, Dependent Life and Optional Dependent Life unless you specify otherwise in writing.

| Name | Relationship | Address |
|---|---|---|
| LEO M MILLS | FATHER | 272 LUDMOR RD. DOTHAN AL. 36303 |
| MARTHA  MILLS | MOTHER | 1207 GLENWOOD ST. DOTHAN AL. 36301 |

## DENTAL INSURANCE (Complete IAM Enrollment Card) - (No Cost To Employee)

I hereby accept the forms of Free Group Insurance and the form(s) of Contributory Group Insurance which I have checked above, presently contracted for me, by my employer as described in the descriptive booklet in the amount(s) for which I am or may become eligible, and authorize until revoked by me in writing, the deduction by my employer from my earnings of amounts sufficient to cover any contribution toward the premium under said Group Insurance Contracts.

DATE 05 FEB 2002    SIGNATURE OF EMPLOYEE  Dwight M Mills

NOTE: If you decline Optional Life, Personal Accident Life, Vision and/or Health and decide after 30 days of initial enrollment to elect this coverage, you will have to wait until the next annual enrollment. Refer to your insurance books and CBA for eligibility of all insurance benefits.

FOR PERSONNEL USE ONLY:    ☐ New Enrollment    ☐ Change Status

ADDRESS: _____

REMARKS: _Change beneficiary  2-5-02_

☐ BCBS  ☒ PDBS  ☐ PDED  ☐ COBRA

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL**    # of pages ►

To  Brian Billeter    From  ___ Chapaa
Dept/Agency    Phone
Fax #    Fax #

NSN 7540-01-317-7368    5099-101    GENERAL SERVICES ADMINISTRATION