# EXHIBIT

# D

# GROUP/ASSOCIATION — PROOF OF LOSS
## LIFE INSURANCE    ACCIDENTAL DEATH INSURANCE

Connecticut General Life Insurance Company
Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of New York
CIGNA companies

**CIGNA**

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

## INSTRUCTIONS FOR FILING A CLAIM

THIS FORM IS FOR LIFE INSURANCE OR ACCIDENTAL DEATH PROCEEDS ONLY.
THIS CLAIM WILL BE SUBJECT TO DELAY OR RETURN IF THESE INSTRUCTIONS ARE NOT FOLLOWED.

To the Employer/Administrator:
A. Submit completed form to the assigned Claim Office with a certified Death Certificate.
B. If a Death Certificate is not available, the reverse of the form must be completed by a physician.
C. If claim is for accidental death, Authorization to Release Information (CL423269) must be submitted.

| NAME OF EMPLOYEE/ASSOCIATION MEMBER (Last Name) | (First Name) | (Middle Initial) | DATE OF BIRTH | SOCIAL SECURITY NO. | SEX |
|---|---|---|---|---|---|
| Mills | Dwight | M. | 08-31-54 | 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 | ☒ M ☐ |

| ADDRESS (Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 1207 Glenwood Street; Dothan, AL 36301 | | | |

| POLICY NUMBER(S) (including AD&D policy no. if different) | OCCUPATION | WAS INSURANCE ISSUED ON THE BASIS OF A STATEMENT OF PHYSICAL CONDITION? |
|---|---|---|
| | Aircraft Mechanic | ☐ YES ☒ NO — If yes, attach co |

PLEASE CHECK THE APPROPRIATE BLOCKS REGARDING THE INSURED'S EMPLOYMENT STATUS.

☒ Active    ☐ Exempt    ☐ Management    ☐ Supervisory    ☒ Union Local # 2003    ☐ Salaried    ☒ Full-time
☐ Retired   ☐ Non-Exempt ☐ Non-Management ☐ Non-Supervisory ☐ Non-Union       ☒ Hourly    ☐ Part-time

Hrs/wk: 40

| BASIC ANNUAL EARNINGS | DATE OF LAST CHANGE IN EARNINGS | DATE OF LAST INCREASE IN BENEFITS | AMOUNT OF INSURANCE |
|---|---|---|---|
| | | | Basic: 200,000  Supp.:    AD&D: |

| DATE HIRED/MEMBER OF ASSOCIATION | EFFECTIVE DATE OF INSURANCE | LAST DATE WORKED | PREMIUM PAID THROUGH DATE | % OF INSURED'S CONTRIBUTION TO PREMIUM |
|---|---|---|---|---|
| 07-05-95 | 10-01-95 | N/A | Current | 100% |

| WAS THE ABOVE CONSIDERED AN EMPLOYEE/ASSOCIATION MEMBER UNTIL DATE OF DEATH? IF NOT, PLEASE EXPLAIN. | WAS COVERAGE STILL IN EFFECT THROUGH DATE OF DEATH? IF NOT, PLEASE EXPLAIN. |
|---|---|
| YES | YES |

### TO BE COMPLETED IF CLAIM IS FOR DEPENDENT BENEFITS

| NAME OF DEPENDENT (Last Name) | (First Name) | (Middle Initial) | DATE OF BIRTH | SOCIAL SECURITY NO. | SEX |
|---|---|---|---|---|---|
| Mills | Sharon | C. | 11-12-51 | 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 | ☐ M ☒ |

| RELATIONSHIP TO EMPLOYEE/ASSOCIATION MEMBER | AMOUNT OF DEPENDENT INSURANCE | DEPENDENT'S OCCUPATION |
|---|---|---|
| Spouse | 60% of $200,000 | Unemployed |

IF CHILD  ☐ Full time-student    NAME & ADDRESS OF SCHOOL
          ☐ Part time-student

### TO BE COMPLETED IF CLAIM IS FOR ACCIDENTAL DEATH BENEFITS

WHERE AND HOW DID THE ACCIDENT HAPPEN? PLEASE DESCRIBE IN DETAIL.
See Death Certificate

DATE AND TIME OF ACCIDENT | WHAT DISEASES, ILLNESSES OR INJURIES DID THE DECEASED HAVE DURING THE PAST 3 YEARS?

PLEASE LIST ANY HOSPITALS, CLINICS OR PHYSICIANS THAT TREATED THE DECEASED DURING THE PAST 3 YEARS.

| NAME | COMPLETE ADDRESS | TREATMENT PERIOD |
|---|---|---|
| | | |

### BENEFICIARY INFORMATION

| NAME OF BENEFICIARY (Last Name) | (First Name) | (Middle Initial) | DATE OF BIRTH | SOCIAL SECURITY NO. | SEX |
|---|---|---|---|---|---|
| Mills | Dwight | M. | 08-31-54 | 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 | ☒ M ☐ |

| ADDRESS (Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 1207 Glenwood Street; Dothan, AL 36301 | | | |

RELATIONSHIP TO DECEASED | NAME AND ADDRESS OF LEGAL GUARDIAN IF BENEFICIARY IS A MINOR
Spouse

HAS AN ASSIGNMENT BEEN TAKEN? If so, please attach.
☐ YES ☒ NO

### EMPLOYER'S/ADMINISTRATOR'S CERTIFICATION

| NAME OF EMPLOYER/ASSOCIATION | DIVISION |
|---|---|
| DynCorp | |

| ADDRESS (Street) | (City) | (State) | (Zip Code) | TELEPHONE # |
|---|---|---|---|---|
| P.O. Box 620039 | Ft. Rucker, | AL | 36362 | (334)-598-0414 |

THIS IS TO CERTIFY THAT THE FACTS AS INDICATED ABOVE ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE OF AUTHORIZED REPRESENTATIVE | TITLE | DATE SIGNED
[signatures] | Manager, Human Resources | 08-12-02