# EXHIBIT

# E

**Brian Billeter**
**Product Specialist**
**Consumer Financial Security**

**CIGNA Group Insurance**
Life • Accident • Disability

August 27, 2002

1600 West Carson Suite 300
Pittsburgh, PA 15219-3419
Telephone 1-800-238-2125
Facsimile 412-402-3316

Dwight Mills
1207 Glenwood Street
Dothan Mills, AL 36301

| | |
|---|---|
| **Insured Name:** | **Dwight for Sharon Mills** |
| **Social Security Number:** | **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** |
| **Policy Number:** | **OK 809795** |
| **Underwriting Company:** | **Life Insurance Company of North America** |

Dear Mr. Mills:

Thank you for sending the Group Term Accidental Death insurance claim for Sharon Mills, for benefits she had through Dyncorp. I am sorry to learn about her death. To give you the best possible service, I need additional information from you.

I will be writing directly to the coroner's office and police department for a copy of their reports. Should any of the following be available to you, please send me a copy in the enclosed envelope.

- A copy of any newspaper articles, official police, or medical examiner reports.

- The name and address of any hospital, clinic, physician or therapist that treated Sharon Mills in the past three years.

- Enclosed is an Authorization to Release Information form that may be required by the coroner. Sharon Mills's executor should sign this. If there has not been one appointed it can be signed by his next-of-kin.

Mr. Mills, I would like to thank you for your assistance in this matter. You may mail the information in the enclosed envelope or fax it to me. My fax number is 412.402.3316. When I receive this information, I will continue my review of the claim. If additional information is needed from you, I will contact you.

Life Insurance Company of North America,
Connecticut General Life Insurance Compsny,

If you have any questions, please call me. You can reach me at our toll free number 1.800.238.2125 extension 3249 from 8:00 a.m. to 4:30 p.m. Eastern Time, Monday through Friday or email me at Brian.Billeter@CIGNA.com. If you call and get my voice mail, leave a message and your call will be returned within one business day.

Sincerely,

*Brian Billeter*

Brian Billeter

Enclosure

# Return to: Brian Billeter

# Authorization to Release Information

I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of this authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

**Sharon Mills**
_____
Name of Patient (or Deceased)


_____          _____
Signature                                    Date Signed


If patient is under 18 years of age or is incapacitated, parent or guardian must sign. If patient is deceased, personal representative or next of kin must sign.

**CHECK ONE:**

\_\_\_\_\_ I am the executor or administrator of the estate and enclosed is a copy of the short certificate or estate paper.

\_\_\_\_\_ There will be no estate administration. I am signing this authorization as the responsible person.

Life Insurance Company of North America,
Connecticut General Life Insurance Compsny,
CIGNA Life Insurance Company of New York