AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

LIFE INSURANCE COMPANY OF
NORTH AMERICA,
Plaintiff

V.

DWIGHT M. MILLS,
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV760-T

TO: (Name and address of defendant)
Dwight M. Mills
272 Ludmor Road
Dothan, Alabama 36303-9354

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
William B. Wahlheim, Jr.
John David Collins
Grace C. Robinson
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                   8/9/05
CLERK                                              DATE
(BY) DEPUTY CLERK