# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CASE NO. 1:05 CV 760-T |
| ) | |
| DWIGHT M. MILLS, ) ) | |
| Defendant. ) | |

## LIFE INSURANCE COMPANY OF NORTH AMERICA'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Life Insurance Company of North America ("LINA") and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure submits this Corporate Disclosure Statement and respectfully shows this Court as follows:

Plaintiff Life Insurance Company of North America hereby gives notice that it is a 100% wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is a 100% wholly owned subsidiary of Cigna Holdings, Inc. Cigna Holdings, Inc. is a 100% wholly owned subsidiary of Cigna Corporation. Cigna Corporation is a publicly traded corporation listed on the New York Stock Exchange. No publicly held corporation owns 10% or more of its stock.

01216207.1

Respectfully submitted this 10th day of August 2005.

/s John David Collins
William B. Wahlheim, Jr.
John David Collins
Grace C. Robinson
Attorneys for Defendant,
Life Insurance Company of North America

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

01216207.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 10th day of August, 2005.

Dwight M. Mills
272 Ludmor Road
Dothan, Alabama 36303-9354

                                              /s John David Collins
                                              OF COUNSEL