**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dwight M. Mills
   272 Ludmor Rd.
   Dothan, AL 36303-9354

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X D. Mills
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): DWIGHT MILLS
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   1:05 CV 760-T
   SLC

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 4154

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540