IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CASE NO. 1:05 CV 760-T |
| DWIGHT M. MILLS, | ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING FUNDS INTO REGISTRY OF THE COURT**

In connection with Life Insurance Company of North America's Interpleader Complaint as filed on August 9, 2005, Plaintiff Life Insurance Company of North America, by and through its undersigned counsel, hereby deposits One Hundred Forty Four Thousand Four Hundred Forty-Five and 34/100 Dollars ($144,445.34) including Twenty Four Thousand Four Hundred Forty-Five and 34/100 Dollars ($24.445.34) in accumulated interest, with the Registry of the Court, evidencing full payment of the proceeds of the accidental death insurance coverage at issue in the above-styled lawsuit. Life Insurance Company of North America further requests that these funds be placed in an interest-bearing account pending further Order of the Court.

_____
William B. Wahlheim, Jr.
John David Collins
Grace C. Robinson
Attorneys for Defendant,
Life Insurance Company of North America

-1-

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 27th day of September, 2005.

Dwight M. Mills
272 Ludmor Road
Dothan, Alabama 36303-9354

_____
OF COUNSEL