

**CIGNA Group Insurance**
Life . Accident . Disability

| Policy No. | Certholder | Claimant | | Office | Date |
|---|---|---|---|---|---|
| OK-809795 | DWIGHT MILLS | | | P031 | SEPTEMBER 21, 2005 |

SR 00726599    51-44/119

Pay To The Order Of
**US DISTRICT COURT**

PAY $ 144,445.34

ONE HUNDRED FORTY-FOUR THOUSAND, FOUR HUNDRED FORTY-FIVE AND 34/100

FLEET NATIONAL BANK, HARTFORD, CT

Authorized Signature

CL-4638b Cat. #404863b

⑈0200726599⑈ ⑆011900445⑆    15616⑈

