IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-760-WKW |
| ) | |
| DWIGHT M. MILLS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The plaintiff filed an Interpleader Complaint (Doc. # 1) in this court on August 9, 2005. The defendant was served on September 8, 2005. An answer has not been filed by the defendant, nor has a motion for entry of default been filed by the plaintiff.

Therefore, it is hereby ORDERED that the plaintiff shall show cause on or before January 31, 2006 why this case should not be dismissed for lack of prosecution.

DONE this the 25th day of January, 2006.

　　　　　　　　　　　　　　　　  /s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE