IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO. 1:05-cv-760-WKW |
| DWIGHT M. MILLS, ) ) | |
| Defendant. ) | |

### RESPONSE TO SHOW CAUSE ORDER

COMES NOW Plaintiff Life Insurance Company of North America ("LINA") and responds to the Court's January 25, 2006 Order directing Plaintiff to show cause why the action against Dwight M. Mills should not be dismissed for want of prosecution. In support of its response, LINA states as follows:

1. LINA commenced this action against Defendant Dwight M. Mills on August 9, 2005 to interplead the proceeds available under a group accident insurance policy issued by LINA to Mr. Mill's employer, Dyncorp. Decedent Sharon Marie Mills was enrolled for $120,000.00 in accidental death insurance coverage under the policy (60% of the principal sum for spousal coverage) as of February 13, 2002, the date of her death.

2. The Return Receipt Card maintained in the Clerk's Office indicates that Dwight W. Mills accepted service of the Summons and Complaint on September 8, 2005.

3. On September 28, 2005, LINA deposited One Hundred Forty Four Thousand Four Hundred Forty-Five and 34/100 Dollars ($144,445.34) including Twenty Four Thousand Four Hundred Forty-Five and 34/100 Dollars ($24,445.34) in accumulated interest, with the

-1-

Registry of the Court, evidencing full payment of the proceeds of the accidental death insurance coverage at issue in the above-styled lawsuit.

3. LINA, as a mere stakeholder, has no interest in the insurance proceeds.

4. LINA is filing, contemporaneously herewith, a Motion for Entry of Default and for Leave to Submit Application for Attorneys' Fees and Other Relief.

5. LINA will also take any additional action that the Court directs in order to obtain Discharge from Further Liability based upon payment of the aforementioned insurance proceeds into the Registry of the Court.

WHEREFORE, premises considered, the undersigned counsel requests that the Court not dismiss this action for want of prosecution.

/s John David Collins
William B. Wahlheim, Jr.
John David Collins
Grace C. Robinson
Attorneys for Defendant,
Life Insurance Company of North America

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served upon the following listed person by **CERTIFIED MAIL RETURN RECEIPT REQUESTED**, properly addressed, this the 31st day of January, 2006.

Dwight M. Mills
272 Ludmor Road
Dothan, Alabama 36303-9354

                                                    /s John David Collins
                                                    OF COUNSEL