**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **CASE NO. 1:05-cv-760-WKW** |
| **DWIGHT M. MILLS,** | ) ) ) | |
| **Defendant.** | ) | |

## MOTION FOR ENTRY OF DEFAULT AND FOR LEAVE TO SUBMIT APPLICATION FOR ATTORNEYS' FEES AND OTHER RELIEF

Comes now Plaintiff Life Insurance Company of North America ("LINA"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and hereby moves for an Entry of Default against Defendant Dwight M. Mills. Defendant was served with the Summons and Interpleader Complaint on September 8, 2005, but has not filed a responsive pleading to the Complaint to date. LINA further moves for leave to submit an application for attorneys' fees and to seek the relief set forth in the Complaint filed in this action on August 9, 2005. This Court is respectfully requested to enter such other and further relief as the Court deems just.

/s John David Collins
William B. Wahlheim, Jr.
John David Collins
Grace C. Robinson
Attorneys for Defendant,
Life Insurance Company of North America

01286748.1

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by CERTIFIED MAIL RETURN RECEIPT REQUESTED, properly addressed, this the 31st day of January, 2006.

Dwight M. Mills
272 Ludmor Road
Dothan, Alabama 36303-9354

/s John David Collins
OF COUNSEL