IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * | |
| PLAINTIFF, | * | CASE NO: 1:05cv760-T |
| VS. | * | |
| DWIGHT M. MILLS, | * | |
| DEFENDANT, | * | |

## ANSWER

COMES NOW, the Defendant, DWIGHT M. MILLS, by and through his undersigned attorney, and for answer to the Complaint previously filed says as follows:

### PARTIES

1. Paragraph one (1) is admitted

2. Paragraph two (2) is admitted.

### JURISDICTION AND VENUE

3. Paragraphs three (3) is admitted

4. Paragraph four (4) is admitted.

5. Paragraph five (5) is admitted.

### CAUSE OF ACTION IN INTERPLEADER

6. Paragraphs six (6) is admitted.

7. Paragraph seven (7) is admitted.

8. Paragraph eight (8) is admitted.

9. Paragraph nine (9) is admitted.

10. Paragraph ten (10) is admitted.

11. Paragraph eleven (11) is admitted.

12. The Defendant is without knowledge as to the truth of paragraph twelve (12). He does admit that he did receive letters from LINA.

13. The Defendant denies that he is a suspect in a criminal investigation and further denies that he is in any way responsible, in any manner, for the death of his deceased wife.

14. The Defendant denies that Plaintiff is exposed to multiple liability.

15. The Defendant admits that no estate has been opened for his wife.

16. Paragraph sixteen (16) is admitted.

17. Paragraph seventeen (17) is admitted.

18. Paragraph eighteen (18) is admitted.

19. Paragraph nineteen (19) is admitted.

20. The Plaintiff avers that the proceeds should be paid to him.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to allow the enclosed delinquent answer.

Respectfully submitted this the 13th day of March, 2006.

/s/ W. Terry Bullard
W. TERRY BULLARD (BUL007)
Attorney for Defendant/Counter Claimant
PO Box 398
Dothan, Alabama 36302
(334) 793-5665

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the Honorable John David Collins, 1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, Alabama 35203-2602, by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this the 13th day of March, 2006.

/s/ W. Terry Bullard
OF COUNSEL