IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * | |
| PLAINTIFF, | * | CASE NO: 1:05cv760-T |
| | * | |
| VS. | | |
| | * | |
| DWIGHT M. MILLS, | * | |
| DEFENDANT, | * | |

## MOTION TO BE ALLOWED TO FILE DELINQUENT ANSWER

COMES NOW, the Defendant, DWIGHT M. MILLS, by and through his undersigned attorney, and files this Motion to file a Delinquent Answer and as grounds therefore states:

1. That the Defendant received service in September of 2005. The Defendant did not understand the documents and did not realize that he was required to file a response.

2. That the mother of the Defendant discovered the documents at the Defendant's home and tendered the documents to the undersigned for response.

3. That the undersigned, W. Terry Bullard, contacted the Honorable John David Collins of the Law Firm of Maynard, Cooper & Gale, P.C., attorneys for the Plaintiff and Mr. Collins does not object to the Defendant's filing the delinquent answer.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to allow the enclosed delinquent answer.

Respectfully submitted this the 13th day of March, 2006.

/s/ W. Terry Bullard
W. TERRY BULLARD (BUL007)
Attorney for Defendant/Counter Claimant
PO Box 398
Dothan, Alabama 36302
(334) 793-5665

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Honorable John David Collins, 1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, Alabama 35203-2602, by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this the 13th day of March, 2006.

/s/ W. Terry Bullard
OF COUNSEL