IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-760-WKW |
| ) | |
| DWIGHT M. MILLS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This case is before the Court on the plaintiff's Motion for Entry of Default and Motion for Leave to Submit Application for Attorneys' Fees (Doc. # 10), filed on January 31, 2006, and the defendant's Motion for Extension of Time to File Answer (Doc. # 12), filed on March 14, 2006. The defendant indicates that the plaintiff has no objection to his motion to file a delinquent answer.

Therefore, it is hereby ORDERED that

1. The plaintiff's Motion for Entry of Default and Motion for Leave to Submit Application for Attorneys' Fees (Doc. # 10) is DENIED.

2. The defendant's Motion for Extension of Time to File Answer (Doc. # 12) is GRANTED.

DONE this the 20th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE