IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LIFE INSURANCE COMPANY OF  \*
NORTH AMERICA,             \*

    PLAINTIFF,           \*    CASE NO: 1:05cv760-WKW

                         \*

VS.

                         \*

DWIGHT M. MILLS,           \*

    DEFENDANT,           \*

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendant, DWIGHT M. MILLS, by and through his undersigned attorney, and moves this Honorable Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, a Summary Judgment in the Defendant's favor to dismiss the action and an order to the clerk that all monies due from the Plaintiff be paid to the Defendant and as grounds therefore states:

1. There is no genuine issue as to any material fact and the Defendant is entitled to a Judgment as a matter of law.

2. The Motion is based upon the pleadings filed by the Plaintiff and the answer filed by the Defendant and the Affidavit of the Defendant.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to issue a Summary Judgment in the Defendant's favor to dismiss the action and an order to the clerk that all monies due from the Plaintiff be paid to the Defendant.

Respectfully submitted this the 12th day of May, 2006.

/s/ W. Terry Bullard
W. TERRY BULLARD (BUL007)
Attorney for Defendant/Counter Claimant
PO Box 398
Dothan, Alabama 36302
(334) 793-5665

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the foregoing upon the Honorable John David Collins, 1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, Alabama 35203-2602, by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this the 12th day of May, 2006.

/s/ W. Terry Bullard
OF COUNSEL