IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * | |
| PLAINTIFF, | * | CASE NO: 1:05cv760-WKW |
| VS. | * | |
| DWIGHT M. MILLS, | * | |
| DEFENDANT, | * | |

## AFFIDAVIT

Personally appeared before me DWIGHT M. MILLS who is known to me and who after being sworn deposes and says as follows:

1. My name is Dwight M. Mills. I am the Defendant in the case presently pending in the United States District Court for the Middle District of Alabama, Southern Division under case number 1:05cv760-WKW.

2. I am the beneficiary of a policy of life insurance that I had through my company on my deceased wife, Sharon Marie Mills.

3. I know from my own personal knowledge that Sharon Marie Mills died on or about February 13, 2002 and I know from my own personal knowledge that I had absolutely nothing to do with her death.

4. I have been interviewed by the Holmes County Sheriff's Department and others and I answered all questions fully and truthfully. As a result, there are no charges pending against me. I do not expect there will be any charges filed against me in the death of my wife.

5. Further, the Affiant sayeth not.

_____
DWIGHT M. MILLS

STATE OF ALABAMA,
COUNTY OF HOUSTON.

Sworn to and subscribed before me this  12  day of May, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 3/5/08