IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:05-cv-760-WKW ) |
| DWIGHT M. MILLS, | ) ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that this case is set for a telephone status conference on October 11, 2006 at 10:00 a.m. by conference call arranged by counsel for the plaintiff.

DONE this 4th the day of October, 2006.

                                          /s/   W.  Keith Watkins
                                     UNITED STATES DISTRICT JUDGE