**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | **CASE NO. 1:05-cv-760-WKW** |
| **DWIGHT M. MILLS,** ) ) | |
| **Defendant.** ) | |

**MOTION TO CONTINUE OR RESCHEDULE THE TELEPHONE STATUS
CONFERENCE SET FOR OCTOBER 11, 2006**

Plaintiff Life Insurance Company of North America ("LINA") respectfully requests that the telephone status conference currently set for October 11, 2006 be continued and rescheduled for October 13, 2006. In support thereof, LINA states as follows:

1. On October 4, 2006, this Court set this case for a telephone status conference to occur on October 11, 2006 at 10:00 a.m.

2. All three of Plaintiff's undersigned counsel are currently scheduled to be handling matters in other cases that day. Two attorneys will be arguing a motion in state court at that date and time and the other attorney will be attending a mediation commencing at that date and time.

3. Plaintiff's counsel respectfully requests that this telephone status conference be rescheduled and proposes the date of October 13, 2006.

4. Prior to filing this Motion, Plaintiff's counsel contacted the office of Defendant's counsel and his assistant advised that counsel could participate in a telephone status conference

any time during the day of October 13th.  Therefore, Defendant will suffer no prejudice from the granting of this Motion.

                                  Respectfully submitted,

                                  /s Grace Robinson Murphy
                                  William B. Wahlheim, Jr.
                                  John David Collins
                                  Grace Robinson Murphy
                                  Attorneys for Defendant,
                                  Life Insurance Company of North America

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  W. Terry Bullard, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

[none]

      /s Grace Robinson Murphy
      OF COUNSEL