IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DWIGHT M. MILLS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:05-cv-760-WKW<br>)<br>)<br>)<br>) |

## **O R D E R**

On October 5, 2006, the plaintiff filed a Motion to Continue or Reschedule the Telephone Status Conference set for October 11, 2006. (Doc. # 17.) Upon consideration of the motion, it is hereby

ORDERED that the motion is GRANTED. The telephone status conference set for October 11, 2006 at 10:00 a.m. is RESCHEDULED to October 13, 2006 at 10:00 a.m. The conference call shall be arranged by counsel for the plaintiff.

DONE this 6th the day of October, 2006.

                                             /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE