IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:05-cv-760-WKW ) |
| DWIGHT M. MILLS, | ) ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the parties' representations to the court in the telephone status conference held on this date, it is hereby ORDERED as follows:

1. The pending motions (Docs. # 14 & 15) are DENIED without prejudice.

2. The plaintiff shall determine all heirs at law and next of kin of the decedent through limited discovery, independent investigation or other means.

3. On or before **November 29, 2006**, the plaintiff shall file an amended complaint joining all heirs at law and next of kin of the decedent as defendants to this action **or** shall file a status report.

DONE this the 13th day of October, 2006.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE