AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE / SOUTHERN  DISTRICT OF  ALABAMA  DIVISION

LIFE INSURANCE COMPANY OF
NORTH AMERICA

V.

DWIGHT M. MILLS and
ANGEL FAULK

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-CV-760-WKW

TO: (Name and address of defendant)
ANGEL FAULK
120 Honeysuckle Court
Wetumpka, AL  36093

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
John David Collins
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Ste 2400
Birmingham, AL  35203

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK
(BY) DEPUTY CLERK

DATE  10/27/06