# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:05-cv-760-WKW ) |
| DWIGHT M. MILLS, | ) ) ) |
| Defendant. | ) |

## STATUS REPORT

Plaintiff Life Insurance Company of North America ("LINA"), in accordance with this Court's Order of October 13, 2006, offers the following Status Report:

1. By Order entered October 13, 2006, this Court directed Plaintiff to determine the heirs at law and next kin of the decent and, on or before November 29, 2006, file an amended complaint joining all heirs at law and next of kin of the decedent as defendants to this action or file a status report.

2. On or about October 16, 2006, Defendant's counsel supplied Plaintiff's counsel with the last known address of Angel Faulk, decedent's only child.

3. On October 20, 2006, Plaintiff filed an amended complaint naming

01419780.1

Angel Faulk as an additional party defendant.

4.   On November 28, 2006, the Clerk of Court entered a Notice advising all parties that, after three unsuccessful attempts to perfect service on Angel Faulk, the amended complaint was returned to the Clerk's office as undeliverable.

5.   Counsel for the Plaintiff is in the process of engaging a private investigator to verify Angel Faulk's address and to effect service pursuant to Rule 4 of the FRCP.

6.   If Plaintiff is unable to perfect service on Ms. Faulk within 45 days of today's date, the undersigned counsel will provide the Court with an updated status report detailing its efforts to do so.

Respectfully submitted,

/s John David Collins
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Plaintiff,
Life Insurance Company of North America

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Terry Bullard, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

[none]

                                              /s John David Collins
                                              OF COUNSEL