AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE / SOUTHERN DISTRICT OF ALABAMA DIVISION

LIFE INSURANCE COMPANY OF
NORTH AMERICA

V.

DWIGHT M. MILLS and
ANGEL FAULK

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-CV-760-WKW

TO: (Name and address of defendant)
ANGEL FAULK
646 Tynebrae Drive
Franklin, Tennessee 37064

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
John David Collins
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Ste 2400
Birmingham, AL  35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

12-8-06
DATE