IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 1:05-cv-760-WKW |
| DWIGHT M. MILLS and ANGEL FAULK, ) ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

COMES NOW, M. Hampton Baxley, and enter his appearance as attorney of record for the Defendant, ANGEL FAULK, in the above referenced cause.

RESPECTFULLY SUBMITTED,


/s/ M. Hampton Baxley
M. Hampton Baxley  (BAX009)
Ramsey, Baxley & McDougle
Attorneys for Defendant,
  Angel Faulk
P. O. Drawer 1486
Dothan, AL  36302-1486
334-793-6550
mhb@rbmlaw.org

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 1:05-cv-760-WKW |
| DWIGHT M. MILLS and ANGEL FAULK, ) ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **William Terry Bullard** (tbullaard@aol.com); **John Davis Collins** (jcollins@mcglaw.com); **Grace Robinson Murphy** (grobinson@mcglaw.com); **William Bernhart Wahlheim, Jr.** (wwahlheim@mcglaw.com).

RESPECTFULLY SUBMITTED,


/s/ M. Hampton Baxley
M. Hampton Baxley  (BAX009)
Ramsey, Baxley & McDougle
Attorneys for Defendant,
   Angel Faulk
P. O. Drawer 1486
Dothan, AL  36302-1486
334-793-6550
mhb@rbmlaw.org