## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cv-760-WKW |
| | ) | |
| DWIGHT M. MILLS and ANGEL FAULK, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER

COMES NOW, the Defendant, ANGEL FAULK, by and through her attorney of record and for Answer to Plaintiff's Amended Interpleader Complaint, says as follows:

1.      Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 1 of Plaintiffs Amended Interpleader Complaint.

2.      Defendant admits the material allegations set forth in Paragraph 2 of Plaintiffs Amended Interpleader Complaint.

3.      Defendant admits part and denies part of the material allegations in Paragraph 3 of Plaintiffs Amended Interpleader Complaint in that she admits that she is the only child of Sharon Marie Mills, the decedent, but denies that she is a resident of Elmore County, Alabama.  The Defendant admits that she is a resident of Franklin, Tennessee.

4.      Defendant admits the material allegations set forth in Paragraph 4 of Plaintiffs Amended Interpleader Complaint.

5.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 5 of Plaintiffs Amended Interpleader Complaint.

6.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 6 of Plaintiffs Amended Interpleader Complaint.

7.     Defendant admits the material allegations set forth in Paragraph 7 of Plaintiffs Amended Interpleader Complaint.

8.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 8 of Plaintiffs Amended Interpleader Complaint.

9.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 9 of Plaintiffs Amended Interpleader Complaint.

10.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 10 of Plaintiffs Amended Interpleader Complaint.

11.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 11 of Plaintiffs Amended Interpleader Complaint.

12.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 8 of Plaintiffs Amended Interpleader Complaint.

13.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 13 of Plaintiffs Amended Interpleader Complaint.

14.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 14 of Plaintiffs Amended Interpleader Complaint.

15.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 15 of Plaintiffs Amended Interpleader Complaint.

16.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 16 of Plaintiffs Amended Interpleader Complaint.

17.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 17 of Plaintiffs Amended Interpleader Complaint.

18.     Defendant is without sufficient information and therefore neither admits nor denies the material allegations set forth in Paragraph 18 of Plaintiffs Amended Interpleader Complaint.

RESPECTFULLY SUBMITTED,


/s/ M. Hampton Baxley
M. Hampton Baxley  (BAX009)
Ramsey, Baxley & McDougle
Attorneys for Defendant,
  Angel Faulk
P. O. Drawer 1486
Dothan, AL  36302-1486
334-793-6550
mhb@rbmlaw.org

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

LIFE INSURANCE COMPANY OF )
NORTH AMERICA, )
                     )
         Plaintiff, )
                     )
v. )         CASE NO. 1:05-cv-760-WKW
                     )
DWIGHT M. MILLS and ANGEL FAULK, )
                     )
         Defendants. )

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **William Terry Bullard** (tbullaard@aol.com); **John David Collins** (jcollins@mcglaw.com); **Grace Robinson Murphy** (grobinson@mcglaw.com); **William Bernhart Wahlheim, Jr.** (wwahlheim@mcglaw.com).

                                   RESPECTFULLY SUBMITTED,


                                   /s/ M. Hampton Baxley
                                   M. Hampton Baxley  (BAX009)
                                   Ramsey, Baxley & McDougle
                                   Attorneys for Defendant,
                                      Angel Faulk
                                   P. O. Drawer 1486
                                   Dothan, AL  36302-1486
                                   334-793-6550
                                   mhb@rbmlaw.org