IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 1:05-cv-760-WKW |
| DWIGHT M. MILLS and ANGEL FAULK, | ) ) ) |
| Defendants. | ) |

**JOINT MOTION TO DISCHARGE PLAINTIFF AND RE-ALIGN PARTIES**

COME NOW, the Defendants, DWIGHT M. MILLS and ANGEL FAULK, by and through their respective counsel of record and jointly move this Honorable Court to discharge the Plaintiff, LIFE INSURANCE COMPANY OF NORTH AMERICA, and realign the parties with ANGEL FAULK as the Plaintiff and DWIGHT MILLS as the Defendant, and as reason therefore, says as follows:

1. The parties aver that the Plaintiff, LIFE INSURANCE COMPANY OF NORTH AMERICA, has appropriately interpled the funds in question.

2. That the Defendants, ANGEL FAULK and DWIGHT M. MILLS, are the only parties with standing to assert ownership over the funds interpled.

3. That it would be in the best interest of all parties if the Plaintiff was discharged from further liability and dismissed as a party to this action and the parties were realigned with Angel Faulk as the Plaintiff and Dwight M. Mills as the Defendant.

4. The Defendants aver that the Plaintiff does not oppose this motion, but does request the opportunity to address the Court regarding the fees it has incurred in this action.

Done this the 16th day of January, 2007.

                                                RESPECTFULLY SUBMITTED,

                                        /s/ M. Hampton Baxley
                                        M. Hampton Baxley  (BAX009)
                                        Ramsey, Baxley & McDougle
                                        Attorneys for Defendant,
                                            Angel Faulk
                                        P. O. Drawer 1486
                                        Dothan, AL  36302-1486
                                        334-793-6550
                                        mhb@rbmlaw.org

                                        /s/ W. Terry Bullard
                                        W. Terry Bullard
                                        Attorneys for Defendant,
                                            Dwight M. Mills
                                        P. O. Box 398
                                        Dothan, AL  36302-398
                                        334-793-5665
                                        tbullaard@aol.com

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 1:05-cv-760-WKW |
| DWIGHT M. MILLS and ANGEL FAULK, ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John David Collins** (jcollins@mcglaw.com); **Grace Robinson Murphy** (grobinson@mcglaw.com); **William Bernhart Wahlheim, Jr.** (wwahlheim@mcglaw.com).

RESPECTFULLY SUBMITTED,

/s/ M. Hampton Baxley
M. Hampton Baxley  (BAX009)
Ramsey, Baxley & McDougle
Attorneys for Defendant,
   Angel Faulk
P. O. Drawer 1486
Dothan, AL  36302-1486
334-793-6550
mhb@rbmlaw.org


/s/ W. Terry Bullard
W. Terry Bullard
Attorneys for Defendant,
   Dwight M. Mills
P. O. Box 398
Dothan, AL  36302-398
334-793-5665
tbullaard@aol.com