IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DWIGHT M. MILLS and ANGEL FAULK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:05-cv-760-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Joint Motion to Discharge Plaintiff and Re-Align Parties filed by the defendants (Doc. # 26), it is hereby ORDERED that:

1. On or before **January 25, 2007**, the plaintiff shall show cause in writing why the motion should not be granted.

2. On or before **January 25, 2007**, the plaintiff shall file the appropriate motion seeking attorney's fees and costs.

3. Any opposition to the plaintiff's motion for attorney's fees and costs shall be filed on or before **February 1, 2007**.

DONE this 17th day of January, 2007.

                                                /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE