## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF ) <br> NORTH AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DWIGHT M. MILLS and ANGEL FAULK, ) <br> ) <br>     Defendants. ) | CASE NO. 1:05-cv-760-WKW |

### JOINT RULE 26(f) PRELIMINARY PLANNING AND DISCOVERY REPORT

COME NOW, the Defendants in the above-captioned case, by and through their counsel of record, and file their Joint Rule 26(f) Preliminary Planning and Discovery Report as follows:

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on the **18th day of January, 2007,** via telephone from the **offices of the Parties' respective attorneys** and was attended by: **W. Terry Bullard, Esq. for the Defendant, Dwight M. Mills** and by **M. Hampton Baxley, Esq. for the Defendant, Angel Faulk**.

2. Pre-Discovery Disclosures. The parties will exchange by **March 5, 2007**, the information required by the Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan.

    (a) Discovery will be needed on the following subjects:

    **The circumstances surrounding the death of Sharon Marie Mills and whether or not Dwight M. Mills is entitled to the life insurance proceeds interpled.**

    (b) All discovery commenced in time to be completed by **August 31, 2007. There are no issues that require an earlier discovery deadline.**

    (c) Maximum of **fifty (50)** interrogatories by each party to any other party. Responses due **thirty (30)** days after service.

  (d) Maximum of **fifty (50)** requests for admission by each party to any other party. Responses due **thirty (30)** days after service.

  (e) Maximum of **five (5)** depositions by Defendant Mills and **five (5)** by Defendant Faulk.

  (f) Each deposition limited to maximum of **four (4)** hours, unless extended by agreement of parties.

  (g) Reports from retained experts, if any, under Rule 26(a)(2) due:

  From Defendant Mills by **July 31, 2007**.

  From Defendant Faulk by **July 31, 2007**.

  (h) Supplementations under Rule 26(e) due **monthly**.

4. Other Items.

  (a) The parties **do not request** a conference with the court before entry of the scheduling order.

  (b) The parties request a pretrial conference in **November 2007**.

  (c) Plaintiffs should be allowed until **June 30, 2007** to join additional parties and until **June 30, 2007** to amend the pleadings.

  (d) All potentially dispositive motions should be filed by **July 31, 2007**.

  (e) Settlement is **possible, but unlikely.**

  (f) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

  From Defendant Mills by **August 31, 2007**.

  From Defendant Faulk by **August 31, 2007**.

  (g) Parties should have **thirty (30)** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  (h) The case should be ready for trial by **November 30, 2007**, and at this time is expected to take approximately **two (2) days**.

Respectfully submitted, this 24th day of January, 2007.

RESPECTFULLY SUBMITTED,


/s/ M. Hampton Baxley
M. Hampton Baxley  (BAX009)
Ramsey, Baxley & McDougle
Attorneys for Defendant,
    Angel Faulk
P. O. Drawer 1486
Dothan, AL  36302-1486
334-793-6550
mhb@rbmlaw.org

/s/ W. Terry Bullard
W. Terry Bullard
Attorneys for Defendant,
    Dwight M. Mills
P. O. Box 398
Dothan, AL  36302-398
334-793-5665
tbullaard@aol.com

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:05-cv-760-WKW |
| DWIGHT M. MILLS and ANGEL FAULK, | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the above **RULE 26 PRELIMINARY PLANNING AND DISCOVERY REPORT** was e-mailed to tbullaard@aol.com and also mailed, postage prepaid, via first-class mail, to W. Terry Bullard, Esq., P O Box 398, Dothan, AL 36302, on January 24, 2007.

/s/ M. Hampton Baxley
M. Hampton Baxley