# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) CASE NO. 1:05-cv-760-WKW ) |
| DWIGHT M. MILLS, | ) ) |
| **Defendant.** | ) |

## LIFE INSURANCE COMPANY OF NORTH AMERICA'S RESPONSE TO JOINT MOTION TO DISCHARGE

Plaintiff Life Insurance Company of North America ("LINA"), in accordance with this Court's Order of January 17, 2007, responds to the Joint Motion to Discharge filed by Defendants Dwight M. Mills and Angel Faulk as follows:

1.  LINA has no objection to the relief requested in Defendants' Joint Motion to Discharge.

2.  LINA adopts and incorporates herein by reference the arguments, authorities and relief requested in its April 20, 2006 Motion for Discharge of Further Liability [Doc. No. 14], and requests that the Court enjoin Defendants from instituting or prosecuting any proceeding in any state or federal court for the

01441944.1

recovery of the proceeds of Policy No. OK-809795, or any other relief related to that Policy.

    3.    LINA is filing, contemporaneously herewith, a separate motion for an award of attorneys' fees incurred in brining this interpleader action.

        Respectfully submitted,


    /s John David Collins
    William B. Wahlheim, Jr.
    John David Collins
    Grace Robinson Murphy
    Attorneys for Plaintiff,
    Life Insurance Company of North America


**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

     I hereby certify that on the 25th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Terry Bullard and M. Hampton Baxley and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

[none]

                                              /s John David Collins
                                              OF COUNSEL