IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:05-cv-760-WKW ) |
| DWIGHT M. MILLS, | ) ) ) |
| Defendant. | ) |

### LIFE INSURANCE COMPANY OF NORTH AMERICA'S MOTION FOR ATTORNEY FEES

Life Insurance Company of North America (hereinafter referred to as "LINA") respectfully requests an award of attorney's fees (for its initiation, as a mere disinterested stakeholder) of this interpleader action. In support thereof, LINA states as follows:

1. On August 9, 2005, LINA instituted this action pursuant to 28 U.S.C. § 1335. In its Complaint in Interpleader, LINA alleged that it was subject to conflicting claims, related to Policy No. OK-809795, insuring the life of Sharon Marie Mills.

2. On September 28, 2005, LINA deposited a cashier's check in the amount of $144,445.34 with the Registry of the Court to be placed in an interest

bearing account. This amount represents the proceeds of Policy No. OK-809795, plus appropriate interest.

3.   On January 16, 2007, Defendants Dwight M. Mills and Angel Faulk filed a Joint Motion to Discharge Plaintiff and Re-Align Parties.[1] Defendants concede that LINA has properly interpled the funds in dispute. Defendants further assert that they are the only parties with standing to assert ownership over the interpled funds.

4.   On January 17, 2007, this Court entered an Order granting LINA leave to file a motion for recovery of the attorneys' fees and cost incurred in connection with the prosecution of this interpleader action.

5.   LINA hereby requests an award of attorneys' fees in the amount of $9,890.30, reflecting fees incurred from June 24, 2005 through December 31, 2006. LINA is not seeking recovery of any of its costs. Additionally, LINA is not seeking recovery of fees for services rendered during the month of January 2007, including the costs and fees associated with the instant motion and contemporaneously filed response to joint motion for discharge.

---

[1] LINA filed its own motion for discharge of further liability on April 20, 2006. The motion was denied, without prejudice, by Order entered October 13, 2006. The Court directed LINA's counsel to (1) determine through limited discovery, investigation, or other means the decedent's heirs at law and next of kin, and (2) file an amended interpleader complaint joining all heirs at law or next of kin as party-defendants. LINA filed its amended interpleader complaint on October 26, 2006, naming Angel Faulk as an additional defendant.

6. In an interpleader action, cost and attorney's fees are generally awarded in the discretion of the court, to the plaintiff who initiates the interpleader as a mere disinterested stake holder. *See Prudential Insurance Company of America v. Boyd*, 781 F.2d. 1494 (11th Cir. 1986); *citing Perkins State Bank v. Connolly*, 632 F.2d 1306, 1311 (5th Cir. 1980).

7. The undersigned counsel has attached as Exhibit A hereto an affidavit in support of LINA's request for attorney's fees.

Respectfully submitted,

/s John David Collins
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Plaintiff,
Life Insurance Company of North America

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Terry Bullard and M. Hampton Baxley and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

[none]

/s John David Collins
OF COUNSEL

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO. 1:05-cv-760-WKW |
| DWIGHT M. MILLS, | ) ) ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ATTORNEY FEES**

STATE OF ALABAMA )
)
COUNTY OF JEFFERSON )

    Before me, a Notary Public in said county and state, personally appeared, John David Collins, who is known to me and who after being duly swore deposes and says as follows:

1.     My name is John David Collins. I am over the age of nineteen (19) years. I am an attorney practicing with the firm Maynard, Cooper & Gale, P.C. at is offices in Birmingham, Alabama. I have personal knowledge of the matters asserted herein.

2.     Maynard, Cooper & Gale was retained by Life Insurance Company of North America ("LINA"), the stakeholder in this action, to assist them in the above captioned interpleader action.

3.     In that capacity, Maynard, Cooper & Gale performed legal work on the behalf of LINA (from June 24, 2005 through December 31, 2006) in the amount of $9890.30.

01442118.1

Further the affiant sayeth not.

_____
John David Collins

Sworn to and subscribed before me,
a Notary Public in and for said
County and State, this 25th
day of January, 2007

_____
Notary Public

My Commission Expires: My Commission Expires 02/18/2010

[NOTARIAL SEAL]