IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 1:05-cv-760-WKW<br>) |
| DWIGHT M. MILLS, | )<br>) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the Motion for Attorney Fees (Doc. # 32) and Response to Joint Motion to Discharge (Doc. # 31) filed by the plaintiff, it is hereby ORDERED that:

1. On or before **February 2, 2007**, the defendants shall show cause in writing why the motion for attorney fees should not be granted.

2. On or before **February 2, 2007**, the defendants shall state in writing whether they will stipulate that the plaintiff has discharged its obligations under Policy No. OK-809795 and is no longer subject to further claims or litigation seeking recovery of the proceeds of that Policy or any other relief related to that Policy.

DONE this 29th day of January, 2007.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE