IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DWIGHT M. MILLS, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:05-cv-760-WKW |

### **ORDER**

Upon consideration of the Rule 26(f) report in this case (Doc. #30), the parties are directed to show cause in writing by February 5, 2007 why this case should not be mediated.

ORDERED this the 29th day of January, 2007.

                                              /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE