IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:05-cv-760-WKW ) |
| DWIGHT M. MILLS and ANGEL FAULK, | ) ) ) |
| Defendants. | ) |

**JOINT OPPOSITION TO PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES**

COME NOW, the Defendants, DWIGHT M. MILLS and ANGEL FAULK, by and through their respective counsel of record and jointly makes known unto this Honorable Court that the Defendants oppose the Plaintiff's Motion for Attorney's Fees and as reason therefore, says as follows:

1. Defendants aver that the Plaintiff is due to be reimbursed a reasonable sum for attorneys fees and costs incurred in this action.

2. Defendants aver that the requested fees of approximately $10,000.00 are excessive and unwarranted.

3. Defendants aver that a fee of $1,500.00 would be appropriate.

Done this the 30th day of January, 2007.

RESPECTFULLY SUBMITTED,

/s/ M. Hampton Baxley
M. Hampton Baxley  (BAX009)
Ramsey, Baxley & McDougle

      Attorneys for Defendant,
         Angel Faulk
      P. O. Drawer 1486
      Dothan, AL  36302-1486
      334-793-6550
      mhb@rbmlaw.org

      /s/ W. Terry Bullard
      W. Terry Bullard
      Attorneys for Defendant,
         Dwight M. Mills
      P. O. Box 398
      Dothan, AL  36302-398
      334-793-5665
      tbullaard@aol.com

Case 1:05-cv-00760-WKW-TFM     Document 35     Filed 01/30/2007     Page 2 of 3

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 1:05-cv-760-WKW |
| DWIGHT M. MILLS and ANGEL FAULK, ) ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 30th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John David Collins** (jcollins@mcglaw.com); **Grace Robinson Murphy** (grobinson@mcglaw.com); **William Bernhart Wahlheim, Jr.** (wwahlheim@mcglaw.com).

RESPECTFULLY SUBMITTED,

/s/ M. Hampton Baxley
M. Hampton Baxley  (BAX009)
Ramsey, Baxley & McDougle
Attorneys for Defendant,
   Angel Faulk
P. O. Drawer 1486
Dothan, AL  36302-1486
334-793-6550
mhb@rbmlaw.org


/s/ W. Terry Bullard
W. Terry Bullard
Attorneys for Defendant,
   Dwight M. Mills
P. O. Box 398
Dothan, AL  36302-398
334-793-5665
tbullaard@aol.com