IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>DWIGHT M. MILLS, *et al.*, )<br><br>Defendants. ) | CASE NO. 1:05-cv-760-WKW |

### **ORDER**

It is hereby ORDERED that:

1. On or before **March 23, 2007**, the defendants shall show cause in writing why they did not comply with the court's Order dated January 29, 2007 (Doc. # 33), directing them to stipulate as to whether "the plaintiff has discharged its obligations under Policy No. OK-809795 and is no longer subject to further claims or litigation seeking recovery of the proceeds of that Policy or any other relief related to that Policy."

2. On or before **March 23, 2007**, the parties shall show cause in writing why they did not comply with the court's Order dated January 29, 2007 (Doc. # 34), directing them "to show cause in writing by February 5, 2007 why this case should not be mediated."

DONE this 15th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE