IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) Plaintiff, ) ) v. ) ) DWIGHT M. MILLS and ANGEL FAULK, ) ) Defendants. ) | CASE NO. 1:05-cv-760-WKW |

## JOINT RESPONSE TO MOTION TO SHOW CAUSE

COME NOW, the Defendants, DWIGHT M. MILLS and ANGEL FAULK, by and through their respective counsel of record and jointly issue the following response to this Honorable Court's Motion to Show Cause dated January 29, 2007:

1. Both counsel apologize for the delayed response.

2. Both counsel aver that they have consulted with each other shortly after the Order was issued and tentatively agreed upon Judge H. Randall Thomas as mediator.

3. Both counsel are retrieving available dates for mediation from their respective clients, but counsel for Angel Faulk avers that due to the fact she has small children and lives in another state, she may not be available until school is released.

WHEREFORE, both parties agree that mediation will take place and the only undetermined aspect of the case is the date of mediation.

Done this the 16th day of March, 2007.

RESPECTFULLY SUBMITTED,


/s/ M. Hampton Baxley
M. Hampton Baxley  (BAX009)
Ramsey, Baxley & McDougle
Attorneys for Defendant,
    Angel Faulk
P. O. Drawer 1486
Dothan, AL  36302-1486
334-793-6550
mhb@rbmlaw.org

/s/ W. Terry Bullard
W. Terry Bullard
Attorneys for Defendant,
    Dwight M. Mills
P. O. Box 398
Dothan, AL  36302-398
334-793-5665
tbullaard@aol.com

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) Plaintiff, ) ) v. ) ) DWIGHT M. MILLS and ANGEL FAULK, ) ) Defendants. ) | CASE NO. 1:05-cv-760-WKW |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John David Collins** (jcollins@mcglaw.com); **Grace Robinson Murphy** (grobinson@mcglaw.com); **William Bernhart Wahlheim, Jr.** (wwahlheim@mcglaw.com).

RESPECTFULLY SUBMITTED,

/s/ M. Hampton Baxley
M. Hampton Baxley (BAX009)
Ramsey, Baxley & McDougle
Attorneys for Defendant,
   Angel Faulk
P. O. Drawer 1486
Dothan, AL 36302-1486
334-793-6550
mhb@rbmlaw.org


/s/ W. Terry Bullard
W. Terry Bullard
Attorneys for Defendant,
   Dwight M. Mills
P. O. Box 398
Dothan, AL 36302-398
334-793-5665
tbullaard@aol.com