IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:05-cv-760-WKW ) |
| DWIGHT M. MILLS, | ) ) |
| Defendant. | ) |

## LIFE INSURANCE COMPANY OF NORTH AMERICA'S RESPONSE TO SHOW CAUSE ORDER

Plaintiff Life Insurance Company of North America ("LINA"), by and through its counsel, submits its response to the Court's January 29, 2007 Show Cause Order. In support of its response, LINA states as follows:

1. LINA apologizes for its failure to respond to the Court's Order and states that it understood the Order to be directed solely to Defendants Dwight Mills and Angel Faulk, the competing claimants to the contested insurance proceeds.

2. LINA states that it has paid 100% of the policy proceeds plus appropriate interest (totaling $144,445.34) into the Registry of the Court, and that it is a mere disinterested stakeholder with respect to those monies.

01468546.1

3. Based on LINA's status as a disinterested stakeholder, Defendants have properly requested that LINA be dismissed from this action and discharged from further liability on the subject policy. (See January 16, 2007 Motion)

4. Accordingly, LINA has no claim or interest in this case susceptible to mediation.

WHEREFORE, LINA respectfully requests that it be dismissed from this case, discharged from further liability on the subject policy, and awarded its reasonable attorneys' fees.

          Respectfully submitted,

          */s/ John David Collins*
          William B. Wahlheim, Jr.
          John David Collins
          Grace Robinson Murphy
          Attorneys for Plaintiff,
          Life Insurance Company of North America

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  W. Terry Bullard and M. Hampton Baxley and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

[none]

                                                         */s/ John David Collins*
                                                         OF COUNSEL