IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGEL FAULK, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. 1:05-CV-760-WKW |
| DWIGHT M. MILLS, | * | |
| DEFENDANT. | * | |

### JOINT STIPULATION TO DISMISS

The above-styled parties conducted a mediation session with retired Judge H. Randall Thomas on April 23, 2007, in Birmingham, Alabama, with both parties present and represented by counsel.

Both counsel stipulate that the parties reached an agreement to settle the case and, following issuance of a Final Order, request that the case be dismissed. Counsel jointly request an Order as follows:

1. All funds being held by the Clerk of Court shall be remitted to Ramsey, Baxley & McDougle for attorney Baxley to disburse to the proper parties pursuant to the Mediation Agreement.

2. Following the disbursement of funds, the case shall be dismissed.

M. Hampton Baxley (BAX009)
PO Drawer 1486
Dothan, AL 36302
334-793-6551
mhb@rbmlaw.org

W. Terry Bullard
PO Box 398
Dothan, AL 36302
334-793-5665
tbullaard@aol.com