## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

ANGEL FAULK,                              *

     PLAINTIFF,                      *

V.                                       *       CASE NO. 1:05-CV-760-WKW

DWIGHT M. MILLS,                         *

     DEFENDANT.                      *

## ORDER

This matter came before the Court on the Joint Motion to Dismiss filed by the parties. After carefully considering the same, it is hereby ORDERED , ADJUDGED and DECREED as follows:

1.  The Circuit Clerk shall tender the funds being held in this case to Ramsey, Baxley & McDougle forthwith for final disbursement pursuant to the Mediation Agreement reached between the parties.

2.  Costs of court to be taxed as paid.

3.  Upon funds being disbursed as instructed herein, this case is dismissed.

Done, this the _____ day of April, 2007.


_____
Circuit Court Judge