IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGEL FAULK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cv-760-WKW |
| | ) | |
| DWIGHT M. MILLS, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Upon due consideration of the parties' Joint Stipulation to Dismiss (Doc. # 41), it is ORDERED that the plaintiff's claims are DISMISSED without prejudice.[1]  It is further ORDERED that the Clerk is DIRECTED to forward the totality of the interpleader funds to M. Hampton Baxley, Esq., of Ramsey, Baxley, and McDougle for his disbursal.  Each party is to bear his or her own costs.

DONE this 25th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "[u]nless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice . . . ." Fed. R. Civ. P. 41(a)(1).  The Joint Stipulation of Dismissal requested that this court dismiss the action.  No reference was made to a dismissal with prejudice.